UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LULU BARDONADO ALFORQUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WORLD SAVINGS BANK, FSB, et al., <br><br> Defendants. | No. 2:17-cv-1601-JAM-KJN PS <br><br> ORDER |

Presently pending before the court is defendant Wells Fargo Bank's motion to dismiss, which was noticed for hearing on October 5, 2017. (ECF No. 4.) Pursuant to Local Rule 230(c), plaintiffs were required to file an opposition or statement of non-opposition to that motion no later than fourteen (14) days prior to the hearing, i.e., by September 21, 2017. E.D. Cal. L.R. 230(c). Although that deadline has passed, the court's records reveal that no opposition or statement of non-opposition to the motion was filed.

The court has considered whether the case should be dismissed or other sanctions imposed based on plaintiffs' failure to oppose the motion and comply with the Local Rules. Nevertheless, in light of plaintiffs' *pro se* status, and the court's desire to resolve the action on the merits, the

1

court finds it appropriate to provide plaintiffs with an additional, final opportunity to oppose the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The October 5, 2017 hearing on defendant's motion to dismiss is VACATED.
2. Plaintiffs shall file an opposition or statement of non-opposition to the motion no later than October 12, 2017.
3. Any reply brief by defendant shall be due no later than October 26, 2017.
4. Thereafter, the motion will be submitted for decision on the record and written briefing pursuant to Local Rule 230(g). If the court subsequently determines that supplemental briefing or oral argument is necessary, the parties will be notified.
5. Failure to timely file an opposition or statement of non-opposition to the motion to dismiss will be construed as plaintiffs' consent to dismissal of the action and will result in dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: September 28, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE